The People of the State of New York ex rel. Lavinia Lally and Others, Respondents, v. The New York Central and Hudson River Railroad Com-

pany, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Mary Sammis, Respondent, v. Alfred M. Day, Appellant.— Judgment of the County Court of Nassau county affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Timothy G. Sellew, Appellant, v. James H. Holmes and Patrick Farrell, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Marguerite Sunderland, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.